United States District Court
Southern District of Texas

**ENTERED**

January 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VISTA 301 INVESTMENT LLC DBA / VISTA, SHOPPING CENTER LLC　Plaintiff, § § § § § | |
| VS. | § § CIVIL ACTION NO. 4:25-cv-4314 |
| ACCREDITED SURETY AND CASUALTY COMPANY, INC., Defendant. | § § § § |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __3 - 5__ Days　　　　　Jury: _X__　Non-Jury:_____

1.　(a)　NEW PARTIES shall be joined by:　　　　　　　9/15/26
　　　　　The Attorney causing the addition of new parties will
　　　　　provide copies of this Order to new parties.
　　(b)　**AMENDMENT TO PLEADINGS** by Plaintiff or
　　　　　Counter-Plaintiff shall be filed by:　　　　　　9/15/26

2.　EXPERT WITNESSES for the PLAINTIFF will be
　　identified by a report listing the qualifications of each
　　expert, each opinion that the expert will present, and the
　　basis for it. DUE DATE:　　　　　　　　　　　　　3/18/26

3.　EXPERT WITNESSES for the DEFENDANT will be
　　identified by a report listing the qualifications of each
　　expert, each opinion that the expert will present, and the
　　basis for it.  DUE DATE:　　　　　　　　　　　　　4/20/26

4.　DISCOVERY must be completed by:　　　　　　　　8/27/26
　　Written discovery requests are not timely if they are filed　(Due at least two weeks before
　　so close to this deadline that the recipient would not be　motions deadline)
　　required under the Federal Rules of Civil Procedure to
　　respond until after the deadline.

5.　DISPOSITIVE AND NON-DISPOSITIVE MOTIONS　　10/15/26
　　(except motions *in limine*) will be filed by:　　　　(Due 90 days prior to Trial)

6.     JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*     <u>   1/11/27   </u>
        (The Court will fill in this date)                                          (Due the Monday before trial)

                                                             <u>   1/19/27   </u>

7.     TRIAL will begin at 9:00 a.m.                        (15 Months from the date case filed)
        (The Court sets a firm trial date)

<u>1/13/26                     </u>                      <u>                       </u>
Date                                                   Keith P. Ellison
                                                  United States District Judge

<u>      11/11/25              </u>            <u>*/s/ Anthony Pastor* (signed w/ permission) </u>
Date                                                 Counsel for Plaintiff(s)

<u>      11/11/25              </u>            <u>                             </u>
Date                                                  Counsel for Defendant(s)